■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TELLY HEATH, Appellant. [624 NYS2d 1013] —Judgment unani-

mously affirmed. Memorandum: The court did not abuse its discretion in denying defendant youthful offender treatment *(see, People v Pearson,* 133 AD2d 951). The sentence is neither unduly harsh nor severe. (Appeal from Judgment of Erie County Court, Drury, J.—Attempted Burglary, 3rd Degree.) Present—Green, J. P., Pine, Callahan, Doerr and Davis, JJ.